Argued July 28, affirmed July 28, 1972

STATE OF OREGON, *Respondent, v.*
FRENCH LEE MILLER (No. 70149),
*Appellant.*
498 P2d 834

*Gary D. Babcock,* Public Defender, Salem, argued the cause and filed the brief for appellant.

*Thomas H. Denney,* Assistant Attorney General, Salem, argued the cause for respondent. With him on the brief were Lee Johnson, Attorney General, and John W. Osburn, Solicitor General, Salem.

Before SCHWAB, Chief Judge, and FORT and THORNTON, Judges.

AFFIRMED FROM THE BENCH.